■ In the Matter of RONALD HAYES, Petitioner, v THE PEOPLE OF THE STATE OF NEW YORK, Respondent. [25 NYS3d 608]— Proceeding pursuant to CPLR article 78, inter alia, in the nature of prohibition to prohibit the People of the State of New York from using a sentence imposed by the Supreme Court, Queens County, under Queens County indictment No. 3334/90, as a predicate for an adjudication as a persistent violent felony offender in connection with the petitioner's sentence under Queens County indictment No. 3982/00, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 506 [b]; 7804 [b]). Rivera, J.P., Sgroi, Miller and Hinds-Radix, JJ., concur.